# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARCO GUERRA,<br><br>　　Plaintiff(s),<br><br>v.<br><br>HOTSPUR RESORTS NEVADA LTD.,<br><br>　　Defendant(s). | Case No. 2:24-cv-00747-RFB-NJK<br><br>**Scheduling Order** |

Pending before the Court is the parties' proposed discovery plan seeking special scheduling review. Docket No. 11. The presumptively-reasonable discovery period is 180 days. *See* Local Rule 26-1(b)(1). The discovery plan seeks an extra 60 days in light of counsel's two family trips. *See* Docket No. 11 at 2. While the Court will allow special scheduling review on that ground, it has been provided no explanation as to why 60 extra days are required. The Court will instead provide an extra 30 days.[1]

Accordingly, the discovery plan is **GRANTED** in part and **DENIED** in part. Deadlines are **SET** as follows:

- Initial disclosures: June 27, 2024
- Amend pleadings/ add parties: September 19, 2024
- Initial experts: October 21, 2024
- Rebuttal experts: November 18, 2024
- Discovery cutoff: December 18, 2024
- Dispositive motions: January 17, 2025

---

[1] The dates provided do not appear to be calculated correctly as a mathematical matter. The Court will set the case management deadlines herein to provide a discovery cutoff that is 210 days from Defendant's answer, which was filed on May 22, 2024. Docket No. 9.

1

- Joint proposed pretrial order: February 18, 2025, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: June 10, 2024

                                                    _____
                                                    Nancy J. Koppe
                                                    United States Magistrate Judge