```
KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 385-5534
email: ktkennedylaw@gmail.com
Attorney for Plaintiff
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARCO GUERRA, Individually,<br><br>        Plaintiff,<br><br>vs.<br><br>HOTSPUR RESORTS NEVADA LTD, dba JW MARRIOT LAS VEGAS RESORT AND SPA, a foreign corporation; DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive,<br><br>        Defendant. | 2:24-cv-00747-RFB-NJK |

### STIPULATION AND ORDER TO DISMISS COMPLAINT WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the Plaintiff, MARCO GUERRA, by and through his undersigned counsel, KIRK T. KENNEDY, ESQ., and the Defendant, HOTSPUR RESORTS NEVADA LTD dba JW MARRIOT LAS VEGAS RESORT, by and through its undersigned counsel, INKU NAM, ESQ., of the firm O'Hagan & Meyer, PLLC, that the above-entitled complaint shall be dismissed with prejudice and each side shall bear their own attorney's fees and costs.

```
/s/Kirk T. Kennedy                              /s/ Inku Nam
KIRK T. KENNEDY, ESQ.                           INKU NAM, ESQ.
Nevada Bar No: 5032                             Nevada Bar No: 12050
815 S. Casino Center Blvd.                      O'Hagan & Meyer PLLC
Las Vegas, NV 89101                             300 S. Fourth St., Ste. 1250
(702) 385-5534                                  Las Vegas, NV 89101
Attorney for Plaintiff                          (725) 286-2801
                                                Attorney for Defendant

Dated: 12/12/24                                 Dated: 12/12/24
```

Case No: 2:24-cv-00747-RFB-NJK

## **ORDER**

IT IS SO ORDERED.

Dated this 16 day of December, 2024.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/Kirk T. Kennedy
KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
Attorney for Plaintiff

2